IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 17-cv-02137-CMA-MJW

NEIL POLLOCK, M.D.,
POLLOCK SURGICAL CLINICS, INC., a British Columbia corporation,

    Plaintiff,

v.

GRED MACDONALD,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss Plaintiffs' Claims Against Defendant With Prejudice (Doc. # 16). The Court having reviewed the file and being fully advised in the premises, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

    DATED: November 6, 2017

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge